# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAMMICA M. ROBINSON  
230 EVELYN AVE #7  
LOVES PARK, IL  61111

SSN-xxx-xx-4972

Case Number: 08-70269

Case filed on: 1/31/2008  
Plan Confirmed on: 4/4/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,450.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 648.08 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 648.08 | 0.00 |
| 999 | TAMMICA M. ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 6,896.00 | 6,600.00 | 693.73 | 0.00 |
|  | Total Secured | 6,896.00 | 6,600.00 | 693.73 | 0.00 |
| 001 | ELITE MOTORS | 0.00 | 296.00 | 0.00 | 0.00 |
| 002 | ALL CREDIT LENDERS | 1,518.90 | 1,518.90 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK | 7,957.81 | 7,957.81 | 0.00 | 0.00 |
| 005 | AMO RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 1,058.76 | 1,058.76 | 0.00 | 0.00 |
| 008 | DIRECT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AFNI/MCI | 248.85 | 248.85 | 0.00 | 0.00 |
| 010 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 147.00 | 147.00 | 0.00 | 0.00 |
| 012 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SECURITY FINANCE | 784.80 | 784.80 | 0.00 | 0.00 |
| 014 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,716.12 | 12,012.12 | 0.00 | 0.00 |
|  | Grand Total: | 21,612.12 | 21,612.12 | 1,341.81 | 0.00 |

Total Paid Claimant: $1,341.81  
Trustee Allowance: $108.19  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009         By  /s/Heather M. Fagan